UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:08CR43-V |
| | ) | |
| v. | ) | |
| | ) | |
| JON DARRELL BAKER | ) | ORDER FOR WRIT |
| DOB: 8/27/1974 | ) | OF HABEAS CORPUS |
| PID: 0673817 | ) | AD PROSEQUENDUM |
| | ) | |

THIS MATTER is before the Court upon the Government's Petition for Writ of Habeas Corpus Ad Prosequendum, and the Court being fully advised in the premises, it is

ORDERED that pursuant to 28 U.S.C. § 2241(c)(5), the Government's Petition for Writ of Habeas Corpus Ad Prosequendum is hereby GRANTED and that the Clerk of the Court shall issue a Writ of Habeas Corpus ad Prosequendum to Todd Pinion, Administrator of the Piedmont Correctional Institute, 1245 Camp Road, Salisbury, North Carolina, the United States Marshals Service and any other federal law enforcement officer, to produce the body of **JON DARRELL BAKER (DOC No. 0673817, W/M, DOB: 8/27/1974)** to United States District Court for the Western District of North Carolina, United States Courthouse located in Charlotte, North Carolina**,** on or before _____.

DONE AND ORDERED.

Signed: October 3, 2008

David C. Keesler
United States Magistrate Judge